# United States District Court
## Violation Notice

NP240939705

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA4 | 9021950 | B. Sullivan | 852 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 4/21/24  18:30 | 36 CFR 4.2  ARC 27-22-104 |

**Place of Offense:** Desoto Park

**Offense Description; Factual Basis for Charge** HAZMAT ☐

unable to provide liability insurance

### DEFENDANT INFORMATION

Last Name: Stebbins
First Name: George

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| AWF 58V | AR | 00 | Ford Kanger | | gry |

**A ☐ APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250  Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 270  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date
              | Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9021950*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 21st, 2024 while exercising my duties as a law enforcement officer in the Western District of Arkansas

See attached

_____

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 4/21/2024  B. [signed]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 05/09/2024 13:41